IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| WESLEY A. GINDER, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | Civil Case No. 2:23-CV-00122-Z |
| ANGIE'S TRANSPORTATION, LLC and MARK E. WADE | § | |
| | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff WESLEY GINDER, and Defendants ANGIE'S TRANSPORTATION, LLC and MARK E. WADE (collectively, "the Parties"), file this Joint Stipulation of Dismissal and respectfully show the Court as follows:

1. The Parties have agreed to settle the matter outside of court.

2. Because the Parties fully and finally compromised and settled all matters in dispute and controversy between them, Plaintiff WESLEY GINDER no longer wishes to pursue his claims against Defendants ANGIE'S TRANSPORTATION, LLC and MARK E. WADE.

3. The Parties hereby request that the Court dismiss this action, with prejudice, in its entirety and that all parties shall bear their own court costs, expenses, mediation fees, and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| Natalie M. Arledge – TBN 24073464<br>natalie@cowenlaw.com<br>COWEN RODRIGUEZ PEACOCK, P.C.<br>6243 IH-10 West, Suite 801<br>San Antonio, Texas 78201<br>Telephone: (210) 941-1301<br>Fax: (210) 880-9461 | Mitzi S. Mayfield – TBN 13284425<br>mitzi.mayfield@uwlaw.com<br>Taylor C. Holley – TBN 24131393<br>taylor.holley@uwlaw.com<br>UNDERWOOD LAW FIRM, PC<br>500 S. Taylor, Suite 1200<br>Amarillo, Texas 79101<br>Telephone: (806) 376-5613<br>Fax: (806) 379-0316 |
| */s/ Natalie M. Arledge*<br>By_____<br>Natalie M. Arledge<br><br>ATTORNEYS FOR PLAINTIFF<br>WESLEY GINDER | */s/Mitzi S. Mayfield*<br>By_____<br>Mitzi S. Mayfield<br><br>ATTORNEYS FOR DEFENDANTS ANGIE'S<br>TRANSPORTATION, LLC AND MARK E. WADE |